

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Barbara Ann Dominey, Individually, and as Trustee of the Dominey Exempt Bypass Trust, the Dominey Non-Exempt Bypass Trust, the Dominey 2012 Irrevocable Trust f/b/o Elena Marquarita Dominey Langston, Teresa Eddinger, and Allison Allen, co-trustees of the Dominey Insurance Trust of 1993, and Estate of Samuel Dominey Jr., | § | No. 08-21-00187-CV |
| | § | Appeal from the |
| | § | 278th District Court |
| | § | of Walker County, Texas |
| | § | (TC# 2130121) |
| Appellants, | § | |
| | § | |
| v. | § | |
| Elena Marquarita Dominey Langston, Florence Olivia Dominey Campbell, and Matthew David Dominey, Beneficiaries of the Dominey 2012 Irrevocable Trust, the Dominey Exempt Bypass Trust, the Dominey Non-Exempt Bypass Trust, and the Dominey Insurance Trusts of 1993, | § | |
| | § | |
| | § | |
| | § | |
| Appellees. | § | |

# **O R D E R**

The Appellants filed a report of competition of mediation. In the report, they request the Court reestablish the appellate timetable "with no briefing due before August 1, 2022 to allow the parties time to finalize and execute the file Settlement and Release Agreement". Therefore, the Court, on its own motion, ORDERS the appeal to continue. The suspension of the appellate

1

timetable is lifted, and the Appellants' brief shall be filed in this Court on or before August 1, 2022.

IT IS SO ORDERED this 1st day of June, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.